**Order entered January 22, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00542-CV

### CAROLYN WAID, Appellant

### V.

### TARGET CORPORATION, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00729-E**

## ORDER

Before the Court is appellee's January 20, 2021 motion to supplement the reporter's record. The requested reporter's record of the May 22, 2020 hearing was filed on January 20, 2021. Accordingly, we **DENY** the motion as moot.

/s/      BONNIE LEE GOLDSTEIN
             JUSTICE